Eastern District of Kentucky
FILED

AUG 13 2026

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## ~~LEXINGTON~~ Frankfort

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 3:26-CR-9-REW-MAS
8 U.S.C. § 1325(a)(2)

ANMAR ALI ABDELHALIM ABUDAIEH

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about August 6, 2026, in Franklin County, in the Eastern District of Kentucky,

and elsewhere,

**ANMAR ALI ABDELHALIM ABUDAIEH,**

an alien who had previously entered the United States at a time and place other than as

designated by immigration officers, eluded examination or inspection by immigration

officers, in violation of 8 U.S.C. § 1325(a)(2).

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

## <u>PENALTIES</u>

Imprisonment for not more than 6 months and a fine of not more than $5,000.

**PLUS:**    Mandatory special assessment of $10.