UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:26-CR-00009-REW-MAS |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ANMAR ALI ABDELHALIM ABUDAIEH, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

Given the level of offense charged in this case, a Class B misdemeanor, the undersigned transfers the matter to Judge Stinnett for full disposition, including entry of any judgment. *See* 18 U.S.C. §§ 3401, 19, 3559(a)(7); Fed. R. Crim. P. 58, LCrR 5.1.

This the 30th day of August, 2026.

**Signed By:**
***Robert E. Wier*** REW
**United States District Judge**